CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. _____                                   DIVISION " _____ "

FILED 2018 OCT -3 P 3:09
CIVIL DISTRICT COURT

**REGINALD WHITE**
**VERSUS**
**LONESTAR DEDICATED LLC, AMERICAN MILLENNIUM INSURANCE COMPANY**
**AND ALEXI HERNANDEZ**

FILED:_____        _____
                                     DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Reginald White, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, with respect represents that:

I.

Made Defendants in this cause of action are:

Lonestar Dedicated LLC, a limited liability company, authorized to do and doing business in this Parish and State;

American Millennium Insurance Company, a foreign insurer authorized to do and doing business in this Parish and State;

Alexi Hernandez a resident and domiciliary of the State of Florida.

II.

Defendants are jointly, severally, and/or solidarily indebted unto your petitioner, Reginald White, for general and special damages suffered by petitioner in a sum sufficient to fully compensate him for all of his damages, together with legal interest, and for all costs, for this, to-wit:

III.

On or about November 3, 2017, petitioner Reginald White was operating a 2016 tractor-trailer 22 wheel vehicle owned by his employer, United Parcel Service (UPS), in a safe, prudent and lawful manner in the middle lane of East I-10 near Highland Road in the Parish of East Baton Rouge, State of Louisiana. Defendant Alexi Hernandez, who was operating a 2012 tractor trailer 18 wheeled vehicle, in the middle lane, in the course and scope of his employment with and/or for Defendant Lonestar Dedicated LLC, did fail to stop and did cause the 18 wheel vehicle he was operating to rear end the vehicle being operated by petitioner, thereby causing damage to the UPS vehicle being operated by Petitioner, and thereby causing petitioner Reginald White to sustain

**Exhibit 1**

personal injuries and other legally cognizable damages.

IV.

The sole proximate cause of the above described collision was the strict liability and/or negligent acts of Alexi Hernandez, which strict liability and/or negligence consists more particularly, but not exclusively, of the following:

1. Reckless operation of a motor vehicle by rear ending a preceding vehicle;
2. Failure to stop in the presence of a preceding stopped vehicle;
3. Failure to maintain a proper lookout;
4. Failure to take all reasonable evasive action to avoid striking petitioner's vehicle in the rear;
5. Failure to maintain proper vigilance and control of the vehicle being operated;
6. Violating the traffic laws in the Parish of East Baton Rouge, and State of Louisiana;

V.

As a consequence of this rear end collision and resulting injuries, Petitioner, Reginald White, sustained damages as follows:

A. Past, present and future pain, suffering, disability, and mental anguish;
B. Past, present and future medical expenses;
C. Loss of past, present, and future wages and/or economic income;
D. Damages to motor vehicle;

VI.

At the time of the aforedescribed collision, petitioner is informed and believes that:

Defendant, Alexi Hernandez was in the course and scope of his employment with Defendant Lonestar Dedicated, L.L.C. and was covered under a policy of automotive liability insurance issued to his employer, Lonestar Dedicated, L.L.C., by American Millennium Insurance Company.

As a result of the foregoing, and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, insurer and insured, and/or master-servant, said Lonestar Dedicated, L.L.C. and American Millennium Insurance Company have been named herein as party-defendants, and to whom the negligence of defendant Alexi Hernandez is attributed.

Pursuant to La. Code of Civil Procedure Article 893, Petitioner prays and/or asserts that the

sum in damages sought by and for any individual petitioner herein be and is greater than the jurisdictional amount necessary for trial by jury ($ 50,000.00, exclusive of interest and costs).

WHEREFORE, Petitioner prays that citation be issued and a copy of this petition be served on all defendants, that they each be cited to appear and answer same, and that, in due course, there be Judgement rendered against the defendants, jointly and severally and/or in solido, in favor of petitioner, in an amount to be determined by the trier of fact which will fully compensate petitioner for general and special damages suffered by him, together with legal interest from date of judicial demand and for all costs of these proceedings.

Respectfully submitted,

_____
VAL PATRICK EXNICIOS, T.A. (LA Bar #19563)
KELSEY LEIGH ZEITZER (LA BAR #37368)
*Liska, Exnicios & Nungesser*
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937
Vpexnicios@exnicioslaw.com
Kzeitzer@exnicioslaw.com

**PLEASE SERVE:**

Lonestar Dedicated L.L.C.
through the Louisiana Long Arm Statute
Through its Registered Agent:
David Magarin Sr.
853 Poncho Lane
Haslet, TX 76052

American Millennium Insurance Company
through the Louisiana Long Arm Statute
through its Attorney for Service:
Burnie Burner
500 W. 5th St., Suite 1150
Austin, TX 78701-3835

Alexi Hernandez
through the Louisiana Long Arm Statue
at his last known address
1022 McIntosh Ave.
West Palm Beach, FL 33405

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA